[No. 59926-7-I.   Division One.   September 29, 2008.]

JANG HO HAN ET AL., *Appellants*, v. PAN INTERNATIONAL REALTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-36139-7, Bruce W. Hilyer, J., entered April 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60039-7-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS HOLKENBRINK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04124-7, Steven C. Gonzalez, J., entered April 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60346-9-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LATOYA ANGELIC LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08638-1, Dean Scott Lum, J., entered July 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60347-7-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LEE PANGBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00483-6, Thomas J. Wynne, J., entered June 25, 2007. *Affirmed* by unpublished per curiam opinion.